| *Attorney or Party without Attorney:*<br>George C. Aucoin, Esq.<br>3500 N. Hullen Street<br>Metairie, LA 70002<br>*Telephone No:* 985-727-2263      *FAX No:* 985-951-7490 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court, Northern District of California | | | | |
| *Plaintiff:* Romulo Rimando | | | | |
| *Defendant:* Alum Rock Union Elem. School District, et al | | | | |
| **PROOF OF SERVICE**<br>**Summons in a Civil Action** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:08-CV-01874-JF |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint

*3.* a. *Party served:*      Alum Rock Union Elem. School District
   b. *Person served:*    Alum Rock Union Elem. School District

*4. Address where the party was served:*      2930 Gay Avenue
                                              San Jose, CA 95127

*5. I served the party:*

   b. **by substituted service.**   On: Fri., Jun. 20, 2008 at: 1:24PM I left the documents listed in item 2 with or in the presence of:
                                     Daniel Pena, Hispanic, Male, 25 Years Old, Black Hair, Brown Eyes, 6 Feet,
                                     180 Pounds

   (1) **(Business)**  a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the
       person served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

*7. Person Who Served Papers:*
   a. Victor W. Rzepka
   b. **Bender's Legal Service**
   LRS Investigations, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*   $58.00
   e. I am: (3) registered California process server
      *(i)*   Independent Contractor
      *(ii)   Registration No.:*   1175
      *(iii)  County:*            Santa Clara

State of California, County of SANTA CLARA
Subscribed and sworn to (or affirmed) before me on this
___ day of JUN, 2008 by VICTOR W. RZEPKA
personally known to me or proved to me on the basis
of satisfactory evidence to be the person(s) who
appeared before me.
(Signature of Notary)


PHYLLIS I. ARMENTA
COMM. # 1598513
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. AUG. 19, 2009

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.*

   Date: Tue, Jun. 24, 2008

**Judicial Council Form**
**Rule 2.150.(a)&(b) Rev January 1, 2007**

PROOF OF SERVICE
Summons in a Civil Actio

(Victor W. Rzepka)

*aucoin.164482*

| | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>George C. Aucoin, Esq.<br>3500 N. Hullen Street<br>Metairie, LA 70002<br>*Telephone No:* 985-727-2263    *FAX No:* 985-951-7490 | | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. District Court, Northern District of California

*Plaintiff:* Romulo Rimando

*Defendant:* Alum Rock Union Elem. School District, et al

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:08-CV-01874-JF |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Tue., Jun. 24, 2008
   b. Place of Mailing:         San Jose, CA 95126
   c. Addressed as follows:    Alum Rock Union Elem. School District
                             2930 Gay Avenue
                             San Jose, CA 95127

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 24, 2008 in the ordinary course of business.

5. *Person Serving:*

   a. Steve Y. Gebrezgier
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*   $58.00
   e. I am: (3) registered California process server
       *(i)*   Independent Contractor
       *(ii) Registration No.:*   1172
       *(iii) County:*   Santa Clara
       *(iv) Expiration Date:*   Fri, Jan. 08, 2010

State of California, County of *Santa Clara*
Subscribed and sworn to (or affirmed) before me on this *26* day of *Jun,* 2008 by *Steve Gebrzgier* personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.
*(Signature of Notary)*

PHYLLIS I. ARMENTA
COMM. # 1598513
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. AUG. 19, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Tue, Jun. 24, 2008

PROOF OF SERVICE
By Mail



(Steve Y. Gebrezgier)

*aucoin.164482*