| Attorney or Party without Attorney: George C. Aucoin, Esq. 3500 N. Hullen Street Metairie, LA 70002 Telephone No: 985-727-2263   FAX No: 985-951-7490 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: U.S. District Court, Northern District of California | |
| Plaintiff: Romulo Rimando | |
| Defendant: Alum Rock Union Elem. School District, et al | |

| PROOF OF SERVICE Summons in a Civil Action | Hearing Date: | Time: | Dept/Div: | Case Number: 5:08-CV-01874-JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint

3. a. Party served: Maribel Guizar-Maita
   b. Person served: Maribel Guizar-Maita, Hispanic, Female, 45 Years Old, Black Hair, Brown Eyes, Feet 5 Inches, 140 Pounds

4. Address where the party was served: 2930 Gay Avenue, San Jose, CA 95127

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 20, 2008 (2) at: 1:24PM

7. **Person Who Served Papers:**
   a. Victor W. Rzepka
   b. **Bender's Legal Service**
   LRS Investigations, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $58.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1175
      (iii) County: Santa Clara

State of California, County of Santa Clara
Subscribed and sworn to (or affirmed) before me on this 25 day of Jun, 2008 by Victor W Rzepka personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
(Signature of Notary)



PHYLLIS I. ARMENTA
COMM. # 1598513
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. AUG. 19, 2009

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jun. 23, 2008

(Victor W. Rzepka)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Actio

aucoin.164481