Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050
mkitabayashi@lozanosmith.com
sloanrsimmons@lozanosmith.com

Attorneys for Defendants
ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT
and MARIBEL GUIZAR-MAITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO RIMANDO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, MARIBEL GUIZAR-MAITA, INDIVIDUALLY,<br><br>　　　　Defendants. | CASE NO. 5:08-cv-01874-JF<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:　September 19, 2008<br>TIME:　9:00 a.m.<br>ROOM:　4, 5th Floor<br>TRIAL:　None Set |

　　　　The Motion of Defendants Alum Rock Union Elementary School District ("District") and Maribel Guizar-Maita ("Guizar-Maita") to dismiss all or certain of Plaintiff Romulo Rimando's claims for relief in his Complaint came on regularly for hearing before this Court on September 19, 2008, at 9:00 a.m., in Courtroom number 4, 5th floor, and Lozano Smith by Sloan R. Simmons, Esq., appeared and argued on behalf of Defendants, and George C. Aucoin, Esq., appeared and argued on behalf of Plaintiff.

///
///
///
///
///

1   After considering the moving, opposition, and reply papers, arguments of counsel and all other
2   matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED and
3   [Plaintiff's claims under the federal Uniformed Services Employment and Reemployment Act of 1994
4   ("USERRA") and Plaintiff's supplemental state law claims under the California Military and Veterans
5   Code are dismissed based on the lack of subject matter jurisdiction over Plaintiff's USERRA claims];
6   [each of Plaintiff's USERRA claims are dismissed, as well as Plaintiff's state law claims against the
7   District, on the basis of immunity under the Eleventh Amendment of the United States Constitution];
8   [Plaintiff's USERRA claims are dismissed on the basis of Eleventh Amendment immunity, and this
9   Court, in its discretion, dismisses Plaintiffs's supplemental state law claims]; [Plaintiff's claims for relief
10  under the California Military and Veterans Code, against the District and Guizar-Maita, are dismissed
11  for failure to plead compliance and/or actually comply with the California Government Tort Claims Act
12  claim presentation requirements].

13

14  Dated: _____ ____, 2008

15
                                                    _____
16                                                  JERMEY FOGEL
                                                    United States District Judge
17  @PFDesktop\::ODMA/WORLDOX/S:/SAC_DOCS/00181/027/PLD/SC017346.WPD

[Proposed] Order on Defs.' Mot. to Dismiss                                Rimando v. Alum Rock UESD et al.
                                              -2-                         Case No. 5:08-cv-01874-JF