1  Sloan R. Simmons, SBN 233752
   **LOZANO SMITH**
2  One Capitol Mall, Suite 640
   Sacramento, CA 95814
3  Telephone: (916) 329-7433
   Facsimile: (916) 329-9050
4  mkitabayashi@lozanosmith.com
   sloanrsimmons@lozanosmith.com
5
6
   Attorneys for Defendants
7  ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT
   and MARIBEL GUIZAR-MAITA
8
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
12
    ROMULO RIMANDO,                )   CASE NO. 5:08-cv-01874-JF
13                                  )
             Plaintiff,             )   **CERTIFICATE OF SERVICE**
14                                  )
    v.                              )
15                                  )
                                    )
16  ALUM ROCK UNION ELEMENTARY      )   DATE:   September 19, 2008
    SCHOOL DISTRICT, MARIBEL GUIZAR-)   TIME:   9:00 a.m.
17  MAITA, INDIVIDUALLY,            )   ROOM:   4, 5th Floor
                                    )   TRIAL:  None Set
18           Defendants.            )
                                    )
19  _____    )
20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---

Certificate of Service                    Rimando v. Alum Rock UESD et al.
                                          Case No. 5:08-cv-01874-JF

## PROOF OF SERVICE

(28 U.S.C. § 1746)

I, Pamela Loftis, declare that I am employed in the County of Sacramento, California. I am over the age of 18 years and not a party to this action; my business address is One Capitol Mall, Suite 640, Sacramento, California.

On, July 18, 2008, I served the foregoing **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS; ADR CERTIFICATION** on the interested party(ies) in said cause as indicated below:

[ ]   *(BY PERSONAL SERVICE)* I caused a copy of said pleading(s) to be hand delivered to the interested party(ies) listed below at:

[ ]   *(BY FACSIMILE)* I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested party(ies) listed below: *(and the facsimile machine used to transmit was in compliance with Rule 2003(3) and no error was reported by the machine pursuant to Rule 2005(i))*:

[ ]   *(BY OVERNIGHT MAIL)* I caused a copy of said pleading(s) to be placed in an overnight mail depository (California Overnight or Federal Express), for next day delivery, in a sealed envelope, with postage fully prepaid, to the below addressee(s):

[X]   *(BY REGULAR MAIL)* I caused a copy of said pleading(s) to be placed in for mailing in a United States mail depository at Sacramento, California, in accordance with my employer's ordinary practice for collection and processing of mail, in a sealed envelope, with postage fully prepaid, to the below addressee(s):

George C. Aucoin.
Law Offices of George C. Aucoin, APLC
3500 N. Hullen Street
Metairie, LA 70002

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on **July 18, 2008**, at Sacramento, California.

Pamela Loftis

SC017357.WPD