Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendant
ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT
and MARIBEL GUIZAR-MAITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO RIMANDO,<br><br>        Plaintiff,<br><br>v.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL and MARIBEL GUIZAR-MAITA, INDIVIDUALLY,<br><br>        Defendants. | CASE NO. 5:08-cv-01874 JF<br><br>**PARTIES' JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the Plaintiff Romulo Rimando, through his attorney, George C. Aucoin, Esq., and Defendants Alum Rock Union Elementary School District and Maribel Guizar-Maita, through their attorneys, Lozano Smith by Sloan R. Simmons, Esq., as to the following:

    1.    The Parties' first case management conference ("CMC") in this case is scheduled for August 15, 2008, at 10:30 a.m.

    2.    Plaintiff's counsel is unavailable on August 15, 2008.

///

///

///

///


3. The Parties agree that the August 15 CMC should be continued to September 19, 2008, following the now-scheduled hearing on Defendants' motion to dismiss on that same day scheduled for 9:00 a.m.

Dated: July ___, 2008

Respectfully submitted,

LAW OFFICE OF GEORGE C. AUCOIN

_____
GEORGE C. AUCOIN
Attorneys for Plaintiff
Romulo Rimando

Dated: July 23, 2008

Respectfully submitted,

LOZANO SMITH

_____
SLOAN R. SIMMONS
Attorneys for Defendant
ALUM ROCK UNION ELEMENTARY
SCHOOL DISTRICT and MARIBEL
GUIZAR-MAITA

LOZANO SMITH
ONE CAPITOL MALL, SUITE 640 SACRAMENTO, CA 95814
TEL 916-329-7433  FAX 916-329-9050

3. The Parties agree that the August 15 CMC should be continued to September 19, 2008, following the now-scheduled hearing on Defendants' motion to dismiss on that same day scheduled for 9:00 a.m.

Dated: July 23, 2008

Respectfully submitted,

LAW OFFICE OF GEORGE C. AUCOIN

GEORGE C. AUCOIN
Attorneys for Plaintiff
Romulo Rimando

Dated: July ___, 2008

Respectfully submitted,

LOZANO SMITH

_____
SLOAN R. SIMMONS
Attorneys for Defendant
ALUM ROCK UNION ELEMENTARY
SCHOOL DISTRICT and MARIBEL
GUIZAR-MAITA

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that, consistent with Local Rules 6-2, 7-12, and 16-3, the Parties' Joint Stipulation to Continue the parties' August 15, 2008 Case Management Conference is GRANTED. The Parties' Case Management Conference is continued to September 19, 2008, following the now-scheduled September 19 hearing on Defendants' Motion to Dismiss, is GRANTED.

DATED: _____ ___, 2008

_____
Honorable Jeremy Fogel
Judge
United States District Court

00319\044\PLD\R0035299.WPD

Lozano Smith
One Capitol Mall, Suite 640 Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050