UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RIMANDO ROMUDO,

                Plaintiff(s),

v.

ALUM ROCK UNION ELEMENTARY
SCHOOL DISTRICT ET AL.,

                Defendant(s).

CASE NO. 5:08-cv-01874-JF

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✔ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 8/15/08; Parties' Joint stipulation to continue cmc to 9/19/08 pending

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| George C. Aucoin, Esq. | Plaintiff | (985) 727-2263 | AucoinGC@att.net |
| Sloan R. Simmons, Esq. | Defendants | (916) 329-7433 | ssimmons@lozanosmith.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 23 July 08
                              Attorney for Plaintiff

Dated: 7/23/08
                              Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."