Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050
sloanrsimmons@lozanosmith.com

Attorneys for Defendants
ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT
and MARIBEL GUIZAR-MAITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO RIMANDO,<br><br>             Plaintiff,<br><br>v.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, MARIBEL GUIZAR-MAITA, INDIVIDUALLY,<br><br>             Defendants. | CASE NO. 5:08-cv-01874-JF<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SEEK ADMINISTRATIVE RELIEF** |

On September 1, 2008, Plaintiff Romulo Rimando filed a Motion for Administrative Relief, seeking relief from untimely filing his Memornandum in Opposition to Defendants Alum Rock Union Elementary School District ("District") and Maribel Guizar-Maita's (concurrently with the District, "Defendants") Motion to Dismiss beyond the August 29, 2008 deadline for filing same, and to exceed the 25-page limit for opposition papers under Local Rule 7-3.

///

///

///

///

///

[Proposed] Order on Pl.'s Mot. for Admin. Relief

Rimando v. Alum Rock UESD et al.
Case No. 5:08-cv-01874-JF

1  After considering the moving and opposition papers, and all other matters presented to the Court
2  pursuant to Local Rule 7-11, IT IS HEREBY ORDERED THAT the motion is DENIED, and Plaintiff
3  may not file an Opposition in excess of the 25-page limit of Rule 7-3 because [of Plaintiff's failure to
4  file a request for administrative relief within the timelines required under Local Rule 7-4]; [of
5  insufficient justification for doing so].

7  Dated: _____ \_\_\_\_ , 2008

_____
JEREMY FOGEL
United States District Judge

00181\027\PLD\SC017786.WPD

[Proposed] Order on Pl.'s Mot. for Admin. Relief

-2-

Rimando v. Alum Rock UESD et al.
Case No. 5:08-cv-01874-JF