1

2                                                    **E-Filed 9/10/08**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   ROMULO RIMANDO,                          Case Number C 08-01874 JF (RS)

12                        Plaintiff,          ORDER[1] GRANTING IN PART
                                              PLAINTIFF'S MOTION FOR
13            v.                              ADMINISTRATIVE RELIEF

14   ALUM ROCK UNION ELEMENTARY SCHOOL        [re:  doc. no. 16]
     DISTRICT and MARIBEL GUIZAR-MAITA,
15   individually,

16                        Defendants.

17

18

19

20        Plaintiff Romulo Rimando seeks the Court's permission to file his opposition to

21   Defendants' motion to dismiss after the due date of August 29, 2008.  Plaintiff's supporting

22   papers state that timely filing was prevented by Hurricane Gustav.  Plaintiff was able to file the

23   present motion on September 1, 2008 and Defendants do not oppose Plaintiff's late filing.

24        However, in addition to filing late Plaintiff exceeded the 25 page limit for his opposition

25

26   papers as set forth in Civ. L. R. 7-2(b).  Apparently, Plaintiff's counsel was confused as to the

27

28
     _____
         [1] This disposition is not designated for publication in the official reports.

     Case No. C 08-01874 JF (RS)
     ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
     (JFLC1)

1  required font size, believing that the local rules required motions to be submitted in fourteen-

2  point font.  Defendants note that twelve-point font is allowed under Civ. L. R. 3-4(c)(2), and that

3  as originally submitted, Plaintiff's 40 page opposition violated Civ. L. R. 7-2(b).

4

5          Plaintiff now has filed a twelve-point font version of the document submitted on

6  September 1, 2008.  This document complies with the page limits of Civ. L. R. 7-2(b).  In

7  addition, Defendants have filed a reply to Plaintiff's opposition.  The briefing for the hearing

8  scheduled for September 19, 2008 thus is complete.  Accordingly, IT IS HEREBY ORDERED

9  that Plaintiff's motion for administrative relief is GRANTED as to the late filing, and DENIED

10  AS MOOT regarding the page limit.

11

12

13          DATED: September 10, 2008

14

15                                                              _____
                                                                JEREMY FOGEL
16                                                              United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This Order has been served upon the following persons:

2    George C. Aucoin        aucoingc@att.net, jmez957@yahoo.com, lesliehunt@charter.net

3    Sloan Robert Simmons        ssimmons@lozanosmith.com, mkitabayashi@lozanosmith.com,
     ploftis@lozanosmith.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3