RECEIVED
2008 SEP 19 AM 9:04
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO DIST OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROMULO RIMANDO,

    Plaintiff,

v.

ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT and MARIBEL GUIZAR-MAITA, Individually,

    Defendants.

Case No. 5:08-cv-01874-JF

[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY *PRO HAC VICE*

**GEORGE C. AUCOIN**, an active member in good standing of the bar of the State of Louisiana, whose business address and telephone number is:

3500 N. Hullen Street
Metairie, LA 70002
985.727.2263

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ROMULO RIMANDO;

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 9/24/08
nunc pro tunc to 9/19/08

_____
Jeremy Fogel, U.S. District Court Judge

RIMANDO V. ALUM ROCK UESD ET AL.
Case No. 5:08-cv-01874-JF