\*\*E-Filed 9/26/08\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROMULO RIMANDO,<br><br>              Plaintiff,<br><br>       v.<br><br>ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT and MARIBEL GUIZAR-MAITA, individually,<br><br>              Defendants. | Case Number C 08-1874 JF (RS)<br><br>JUDGMENT[1] |

      Defendants' motion to dismiss having been granted, IT IS HEREBY ORDERED that judgment is entered in favor of Defendants.

      The Clerk of the Court shall close the file.

DATED: September 26, 2008

                                     JEREMY FOGEL
                                     United States District Court

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-1874 JF (RS)
JUDGMENT
(JFLC1)

This Order has been served upon the following persons:

George C. Aucoin     aucoingc@att.net, jmez957@yahoo.com, lesliehunt@charter.net

Sloan Robert Simmons     ssimmons@lozanosmith.com, mkitabayashi@lozanosmith.com, ploftis@lozanosmith.com

2

Case No. C 08-1874 JF (RS)
JUDGMENT
(JFLC1)